Hassan A. Zavareei (C.A. Bar No.181547)
hzavareei@tzlegal.com
Attorney for Plaintiff Sherry McFall
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Tel: (202) 973-0900
Fax: (202) 973-0950

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **SHERRY MCFALL,** on Behalf of Herself and All Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HIGHER ONE HOLDINGS, INC.,** AND **THE BANCORP BANK,**<br>Defendants. | Civil Action No. 2:12-cv-03360-PSG-PLA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)

PLEASE TAKE NOTICE that Plaintiff Sherry McFall ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

-1-
NOTICE OF VOLUNTARY DISMISSAL

(A) Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: April 23, 2012                                        Respectfully submitted,


      /s/ Hassan A. Zavareei

HASSAN A. ZAVAREEI
hzavareei@tzlegal.com
California Bar No.: 181547
**TYCKO & ZAVAREEI**
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Counsel for Plaintiff and the Proposed Classes


## CERTIFICATE OF SERVICE

I, Hassan Zavareei, counsel for Plaintiff, hereby certify on this 23rd day of April, 2012, that I have served a true and correct copy of the foregoing via the Court's ECF system.

      /s/ Hassan Zavareei